## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALFRED ROACH,** | : | |
| *Petitioner*, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN E. WETZEL et al.,** | : | **No. 13-3573** |
| *Respondents*. | : | |

# O R D E R

**AND NOW**, this 14th day of July, 2014, upon consideration of Mr. Roach's "Motion for Reconsideration of the Court's Ruling of March 4, 2014; and/or Motion for Enlargement of Time to File Notice of Appeal" ("Motion," Docket No. 5), and consistent with the accompanying Memorandum, **the Court hereby ORDERS and DECREES as follows:**

1. Mr. Roach's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Docket No. 1) **is**, as stated in the Court's March 4, 2014 Order (Docket No. 4), **DISMISSED without prejudice** to his seeking authorization to file a second or successive petition from the Third Circuit Court of Appeals.

2. **No certificate of appealability will issue** because reasonable jurists would not debate the Court's procedural ruling under 28 U.S.C. § 2253(c).

3. Mr. Roach's Motion is **GRANTED in part and DENIED in part such that—**

    a. Reconsideration **is DENIED**.

    b. Mr. Roach's request for an extension of time to appeal **is GRANTED** such that Mr. Roach shall have 30 additional days, or 60 days from the date of this Order, to file his notice of appeal.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge